ORIGINAL

# United States District Court
## District of Hawaii

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2005
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **JOHN RICHARD STRANGE** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number: 1:03CR00567-001 |
| | USM Number: 87228-011 |
| | **SHANLYN PARK, AFPD** |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) Standard Condition No. 3; and Standard Condition No. 6 of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Refusal to follow instructions to report to the Faith Against Drugs program | |
| 2 | Failure to report address | |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**

Defendant's Residence Address:

Defendant's Mailing Address:

JUNE 3, 2005
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, Chief United States District Judge
Name & Title of Judicial Officer

Date

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:03CR00565-001 | Judgment - Page 2 of 2 |
| DEFENDANT: JOHN RICHARD STRANGE | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 11 MONTHS and 29 DAYS.

This term consists of ELEVEN(11) MONTHS and TWENTY-NINE(29) DAYS, as to CR 03-00565DAE, CR 03-00566DAE, and CR 03-00567DAE, with all such terms to run concurrently.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       FDC Honolulu.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal